UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL O. DEVAUGHN,<br>Petitioner<br>v.<br>JOHN MCDONELL,<br>Respondent. | Case No. EDCV 15-577-TJH (GJS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Petitioner's motion for leave to amend [Dkt. 73-74, the "Motion"] and the parties' related briefing and lodgments [Dkt. 76-77, 82], the operative habeas petition in this case [Dkt. 1, "Petition"], the pleadings and other documents filed in this action, the Report and Recommendation of United States Magistrate Judge [Dkt. 95, "Report"], and Petitioner's Objection to the Report [Dkt. 97]. Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the Court has conducted a de novo review of those portions of the Report to which objections have been stated.

The Court concludes that nothing in the Objection affects or alters the analysis and conclusions set forth in the Report and accepts the findings and

recommendations set forth in the Report.  Accordingly, **IT IS ORDERED** that the Motion is DENIED.

**IT IS SO ORDERED.**

DATED: November 6, 2017      _____
                              TERRY J. HATTER, JR.
                              UNITED STATES DISTRICT JUDGE