UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL O. DEVAUGHN,<br><br>    Petitioner<br><br>    v.<br><br>JOHN McDONNELL,<br><br>    Respondent. | Case No. 5:15-cv-00577-TJH (GJS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the 28 U.S.C. § 2254 petition in this case ([Dkt. 1-3, "Petition") and all relevant pleadings, motions, and other documents filed in this action, the Report and Recommendation of United States Magistrate Judge (Dkt. 120, "Report"), and Petitioner's Objections to the Report and Recommendation (Dkt. 135).  Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the Court has conducted a de novo review of the matters to which objections have been stated.

Petitioner's assertions and arguments have been reviewed carefully.  The Court concludes that nothing set forth in the Objections or otherwise in the record for this case affects or alters, or calls into question, the findings and analysis set forth in the Report.  Having completed its review, the Court accepts the findings and recommendations set forth in the Report.

1   Accordingly, **IT IS ORDERED** that: (1) the Petition is DENIED; and (2)
2   Judgment shall be entered dismissing this action with prejudice.
3
4   **LET JUDGMENT BE ENTERED ACCORDINGLY.**
5
6   DATED: FEBRUARY 16, 2022
7
    _____
    TERRY J. HATTER, JR.
8   UNITED STATES DISTRICT JUDGE