UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL O. DEVAUGHN,<br><br>Petitioner<br><br>v.<br><br>JOHN McDONNELL,<br><br>Respondent. | Case No. 5:15-cv-00577-TJH (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED THAT this action is dismissed with prejudice.

DATE: FEBRUARY 16, 2022

TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE